Paris Montrose, Respondent, v. Manny M. Kopp, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

George W. Smith, Respondent, v. Elizabeth Albertson et al., Appellants, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Adel, Wenzel, MacCrate and Schmidt, JJ.; Carswell, Acting P. J., not voting. [See 281 App. Div. 990.]

■

Milton Virshup, Appellant, v. Allendale Garage Corporation, Respondent.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion to correct and modify decision denied, with $10 costs. Present — Nolan, P. J., Adel, MacCrate and Beldock, JJ.; Carswell, J., not voting. [See ante, p. 712.]